IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | No.: 4:13-CR-049-Y |
| | § | |
| LATONE E. LONG (01) | § | |

## FACTUAL RESUME

**INDICTMENT:** Count One: Distribution of a Visual Depiction of a Minor Engaged in Sexually Explicit Conduct

**PLEA:** Guilty plea to Count One
Count One: Distribution of a Visual Depiction of a Minor Engaged in Sexually Explicit Conduct, 18 U.S.C. § 2252(a)(2);

## MAXIMUM PENALTY:

Term of imprisonment for not less than five (5) years and not more than twenty (20) years and a fine up to the amount of $250,000, or twice the pecuniary gain or twice the pecuniary loss; a mandatory special assessment of $100; and a term of supervised release of five (5) years up to any term of years to life. Revocation of the term of supervised release could result in an additional sentence of up to the term of supervised release.

Restitution to victims or to the community, which may be mandatory under the law, and costs of incarceration and supervision.

## ELEMENTS OF THE OFFENSE:

In order to establish the offense alleged in Count One of the Indictment, the Government must prove the following elements beyond a reasonable doubt:

First: That on or about the date set out in the Indictment, the defendant did knowingly distribute a visual depiction of a minor engaged in sexually explicit conduct; and

**Factual Resume - Page 1**

Second:    That image had been distributed by any means or facility of interstate or foreign commerce.

**STIPULATION OF FACTS:**

1.   On or about August 12, 2012, defendant Latona E. Long knowingly distributed by any means, including by computer, any visual depiction using any means and facility of interstate and foreign commerce, knowing the production of such visual depiction involves the use of a minor engaging in sexually explicit conduct and such visual depiction is of such conduct. Specifically, **Long** used the Internet and Yahoo email to distribute the following visual depiction of a minor engaged in sexually explicit conduct as defined in 18 U.S.C. § 2256:

| File name | Description of the image |
|---|---|
| 48.jpg | An image depicting multiple still shots of child pornography from a video file. The still shots show a prepubescent female, approximately ten to twelve years old, with her mouth on an adult male's penis, while other images show the prepubescent child's vagina being penetrated by the adult male's penis and fingers. |

2.   In February 2013, FBI agents and task force officers met with Long at her home in Greenville, Texas, regarding her use of a Yahoo email account known, in part, as "wiccangirl" to send and receive visual depictions of minors engaged in sexually explicit conduct. Long admitted she used that account to send and receive child pornography. Long also said she had corresponded via Yahoo Instant Messenger with a person whom she knew as M.B., who resided in North Richland Hills, Texas.

3.   During their communications, on or about August 12, 2012, Long used her wiccangirl email account to send M.B. the image described in paragraph one.

**Factual Resume - Page 2**

4.  Long knew that the image, which she distributed via the Internet, depicted a real minor and that the minor was engaged in sexually explicit conduct. Long stipulates that Yahoo and the Internet are each a means and facility of interstate and foreign commerce.

SIGNED and AGREED to on this the 26th day of April, 2013.

X _____
LATONA E. LONG
Defendant

_____
J. WARREN ST. JOHN
Attorney for Defendant

Factual Resume - Page 3